# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE PLASOLA, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF CALIFORNIA, et al., <br><br> Defendants. | Case No. CV 19-5592 JAK (PVC) <br><br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice as to the federal claims against the State of California and Roger Hubbard, and without prejudice, but without leave to amend, as to the state law claims, if any, against Hubbard.

DATED: February 11, 2020

_____
John A. Kronstadt
United States District Judge